IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANKIE WASHINGTON, | 1:12-cv-01473-AWI-GSA-PC |
| Plaintiff, | ORDER VACATING FINDINGS AND RECOMMENDATION OF FEBRUARY 21, 2013 |
| vs. | (Doc. 7.) |
| D. OGLETREE, et al., | |
| Defendants. | |

Plaintiff is a state prisoner proceeding with a civil rights action pursuant to 42 U.S.C. § 1983. On February 21, 2013, the undersigned issued findings and a recommendation to dismiss this action for failure to obey the court's order of January 3, 2013, which required her to complete and submit the form for consent to or decline of Magistrate Judge jurisdiction. (Doc. 7.) On March 25, 2013, plaintiff submitted the required consent/decline form and filed objections to the findings and recommendations. (Docs. 8, 9.) In light of plaintiff's submission of the consent/decline form, and good cause appearing, the court shall vacate the findings and recommendation.

Accordingly, IT IS HEREBY ORDERED that the findings and recommendation of February 21, 2013, are VACATED.

IT IS SO ORDERED.

Dated:   **March 26, 2013**              /s/ **Gary S. Austin**
                                         UNITED STATES MAGISTRATE JUDGE