UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| FRANKIE WASHINGTON, | 1:12-cv-01473-AWI-GSA-PC |
|---|---|
| Plaintiff, | ORDER VACATING FINDINGS AND RECOMMENDATIONS<br>(Doc. 13.) |
| vs. | |
| D. OGLETREE, et al., | ORDER DEEMING FIRST AMENDED COMPLAINT TIMELY FILED<br>(Doc. 14.) |
| Defendants. | |

Frankie Washington ("plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed the Complaint commencing this action on September 10, 2012. (Doc. 1.) On May 17, 2013, the court dismissed the Complaint for failure to state a claim, with leave to amend within thirty days. (Doc. 13.) The thirty-day time period expired, and Plaintiff failed to file an amended complaint.

On June 21, 2013, findings and recommendations were entered, recommending that this action be dismissed based on plaintiff's failure to state a claim upon which relief may be granted under §1983. (Doc. 13.) On July 15, 2013, Plaintiff filed objections to the findings and recommendations, together with a First Amended Complaint. (Docs. 15, 16.)

In her objections, Plaintiff claims that she sent an amended complaint to the court on June 10, 2013, which the court never received. Plaintiff asserts that the First Amended Complaint, which she submitted with the objections, is an identical copy of the amended complaint she timely sent to the court.

In light of the facts that Plaintiff claims she sent a timely amended complaint to the court, which the court did not receive, and Plaintiff has now submitted the First Amended Complaint, the findings and recommendations shall be vacated, and Plaintiff's First Amended Complaint shall be deemed timely filed.

Accordingly, THE COURT HEREBY ORDERS that:

1. The Findings and Recommendations issued by the Magistrate Judge on April 15, 2013, are VACATED; and

2. Plaintiff's First Amended Complaint, filed on July 15, 2013, is deemed timely filed.

IT IS SO ORDERED.

Dated: **July 17, 2013**               **/s/ Gary S. Austin**
                                       UNITED STATES MAGISTRATE JUDGE